H. F. MIRES, Acting Commissioner of Internal Revenue, Petitioner, v. ALABAMA BY-PRODUCTS CORPORATION, Birmingham Coke & By-Products Co., Majestic Coal Co., and Imperial Coal & Coke Co., Respondents.

No. 6073.

Circuit Court of Appeals, Fifth Circuit.

Jan. 18, 1933.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Percy S. Crewe, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Oscar W. Underwood, Jr., and H. C. Kilpatrick, both of Washington, D. C., for respondents.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the joint stipulation of counsel that the decision of the United States Board of Tax Appeals in the above entitled and numbered cause be reversed, and that said Board of Tax Appeals enter its order that the unpaid portion of the correct income tax for the period March 1, 1920, to December 31, 1920, of the respondents is $27,213.51, together with interest properly applicable thereto as provided by law, and was submitted to the court.

On consideration whereof, it is now here ordered and adjudged by this court that the decision of the United States Board of Tax Appeals in the above entitled and numbered cause be, and the same is hereby, reversed, and that said cause be remanded to the said United States Board of Tax Appeals with instructions to enter an order that the unpaid portion of the correct income tax for the period March 1, 1920, to December 31, 1920, of the respondents is $27,213.51, together with interest properly applicable thereto as provided by law. It is further ordered and adjudged that the mandate of this court issue without delay.

Rasmus P. NELSON, Appellant, v. UNITED STATES of America.

No. 9618.

Circuit Court of Appeals, Eighth Circuit.

Oct. 3, 1932.

J. R. Lones, of Omaha, Neb., for appellant.

Charles E. Sandall, U. S. Atty., and Lawrence I. Shaw, Asst. U. S. Atty., both of Omaha, Neb.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of counsel for appellee under Rule 16.

NEW YORK & CUBA MAIL STEAMSHIP COMPANY, Appellee, v. THE Barge SADIE. Fulton Lighterage Company, Inc., Appellant, Ætna Casualty & Surety Company, Appellant.

No. 215.

Circuit Court of Appeals, Second Circuit.

Feb. 6, 1933.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney and Carl F. Vander Clute, both of New York City, of counsel), for appellants.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Eugene Underwood and Chauncey I. Clark, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree [57 F.(2d) 908] affirmed.